**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 11, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-10174

In The Matter Of: A.C. PAINTING COMPANY, INC.,
                                    Debtor,

AHARON CHEN, also known as Aaron Chen,
                                    Appellee - Cross-Appellant

LINDA MARTIN,
                                    Appellee,

                        versus

TEXAS WORKERS COMPENSATION INSURANCE FUND,
                                    Appellant - Cross-Appellee.

Appeals from the United States District Court
For the Northern District of Texas
(USDC No. 3:02-CV-1582-P)

Before JOLLY, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

    We agree with the district court that both claims are barred by limitations, for essentially the reasons stated by the district court.

    AFFIRMED.

_____

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.